AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __TEXAS, FORT WORTH DIVISION__

UNITED STATES

V.

Barrett and Weatherford

**EXHIBIT AND WITNESS LIST**

Case Number: 4:16-MJ-166 (02) & (16)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 7 2016
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| CURETON | SHAWN SMITH | Dunnavant & Dube |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/7/2016 | digital | JULIE HARWELL |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 4/7/2016 | YES | YES | Docket Sheet from County as to Barrett offered by Catherine Dunnavant |
|  |  |  |  |  | Returned to Offering Party _____ Received by: _____ |
|  | 1 | 4/7/2016 | yes | yes | character Letter as to Weatherford offered by Dimitri Dube |
|  |  |  |  |  | Returned to Offering Party _____ Received by: _____ |
|  | 2 | 4/7/2016 | yes | yes | character letter as to Weatherford offered by Dimitri Dube |
|  |  |  |  |  | Returned to Offering Party _____ Received by: _____ |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages